FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

11 AUG -1 AM 8:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | (13 counts) |
| v. | ) | |
| | ) | |
| THOMAS F. LEWIS III | ) | |
| aka "Chip Lewis" | ) | 18 U.S.C. § 1341 |

3:11CR 095

**THE UNITED STATES ATTORNEY CHARGES:**

**Counts 1 - 12**

**(wire fraud)**

In or around 2005 through 2009, in the Northern District of Indiana, and elsewhere,

**Thomas F. "Chip" Lewis III,**

defendant herein, having aided and abetted a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire and radio communication in interstate commerce writings, signals, and sounds for the purpose of executing such scheme and artifice, as follows:

1

| **Count** | **Date*** | **Interstate item** |
|---|---|---|
| 1 | April 26, 2007 | Wire transfer for $20,000 (A) |
| 2 | June 28, 2007 | Wire transfer for $25,000 (B) |
| 3 | September 7, 2007 | Wire transfer for $200,000(C) |
| 4 | November 28, 2007 | Wire transfer for $25,000 (D) |
| 5 | January 18, 2008 | Wire transfer for $100,000 (E) |
| 6 | March 26, 2008 | Wire transfer for $125,000 (F) |
| 7 | April 2, 2008 | Wire transfer for $125,000 (G) |
| 8 | May 15, 2008 | Wire transfer for $110,000 (H) |
| 9 | May 19, 2008 | Wire transfer for $25,000 (I) |
| 10 | May 27, 2008 | Wire transfer for $70,000 (J) |
| 11 | September 3, 2008 | Wire transfers for $14,000 (K) |
| 12 | September 4, 2008 | Wire transfer for $11,000 (L) |

From 2003 through December 2009, Byron L. Canada aka "Fr. Barney" operated an advance fee scam during which Canada promised to provide various loans and financing for commercial, real estate, construction and other projects in exchange for up-front or advance fees for these loans. But no loans or any kind of actual financing were ever provided. Utilizing accomplices and several companies including Trinity Trust Financial Services Inc., Providence Funding Inc., and Saint Luke Realty Capital Corp., Canada took in up-front or advance fees

from various persons and entities all over the United States who were victimized as part of the scheme.

In furtherance of the fraud, the defendant vouched for Canada and his companies (which the defendant had helped to incorporate) despite knowing that Canada had been convicted of fraud in the past and despite knowing that no loans or financing had ever been provided by Canada or any of his companies.

In furtherance of the fraud, the victims of the scheme were told that Canada and his companies had previously closed on loans and financing packages. Such statements were false and the defendant knew these statements were false when they were made.

In furtherance of the fraud, the defendant allowed Canada to misrepresent to victims, their counsel and other interested persons that Canada and his companies were "direct lenders" with their own source of funds. In truth, and the defendant knew, Canada and his companies never had their own source of funds and had no real capacity to supply the multi-million dollar loans that were repeatedly promised. In particular, the defendant helped to prepare and file declarations in a court proceeding in which victims, interested parties, and the court were misled in 2008 into thinking that Canada and his companies were capable of providing financing for a large real estate development project when in fact they were not.

In furtherance of the fraud, the defendant was aware of numerous "red flags" that indicated that Canada and his associates were making numerous misrepresentations and false promises all for the purpose of taking in substantial advance fees under false pretenses. The defendant looked the other away and consciously avoided learning the full truth about Canada

and his scams. Moreover, the defendant's work and vouching for Canada gave the advance fee scheme a false aura of legitimacy.

In violation of Title 18, United States Code, Sections 1343 and 2.

\*   all dates on or about.

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## Count 13
## (mail fraud)

The allegations of Counts 1 through 12 (pp. 2-4) are incorporated herein as if set forth in full.

In or around 2005 through 2009, in the Northern District of Indiana, and elsewhere,

**Thomas F. "Chip" Lewis III,**

defendant herein, having aided and abetted a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations, and promises which scheme caused matters and things to be sent and delivered by the Postal Service or private/commercial interstate carriers for the purpose of executing such scheme and artifice, as follows.

| Count | Date* | Mailed/sent item |
|---|---|---|
| 13 | October 2007 | Sent check for $100,000 (M) |

In violation of Title 18, United States Code, Section 1341.

\*      all dates on or about.

Dated: August 1, 2011

                DAVID A. CAPP
                UNITED STATES ATTORNEY

By:   s/ Donald J. Schmid
      Donald J. Schmid
      Assistant United States Attorney

5